IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**STEVE BADER**   **PETITIONER**

**v.**   Civil No. 05-5175

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

### O R D E R

Now on this 25th day of May, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 21) herein and the **Petitioner's Objections to the Magistrate Judge's Report and Recommendation** (Docs. 23, 24, 26.)

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted** *in toto* and the instant petition is **dismissed** as barred by the limitations period. All pending motions are denied as moot.

**IT IS SO ORDERED.**

                                         /s/Jimm Larry Hendren
                                         **HON. JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**